IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE CHARLES MILOSLAVICH,** | CIV S-07-1315-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **A. HEDGPETH,** | |
| Respondent. | |

Good cause appearing, the time for the filing of Respondent's response is extended to and including December 3, 2007.

DATED: November 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1