IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CHARLES MILOSLAVICH, | No. CIV S-07-1315-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| A. HEDGPETH, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for an extension of time (Doc. 15) to file an opposition to respondent's motion to dismiss.  Good cause appearing therefor, the request is granted.  Petitioner may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: January 7, 2008

  /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1