IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CHARLES MILOSLAVICH,   No. CIV S-07-1315-FCD-CMK-P

    Petitioner,

  vs.   ORDER

A. HEDGPETH,

    Respondent.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request (Doc. 19) for an extension fo time to file objections to findings and recommendations issued on March 27, 2008.  The objections provided that objections could be filed within 20 days.  Petitioner seeks a 10-day extension of that deadline.  The request is granted.  The parties may file objections within 30 days of the date of issuance of the findings and recommendations.

IT IS SO ORDERED.

DATED: April 10, 2008

                                                                         **CRAIG M. KELLISON**
                                                                         UNITED STATES MAGISTRATE JUDGE