# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CHARLES MILOSLAVICH,   No. CIV S-07-1315-FCD-CMK-P

    Petitioner,

  vs.   <u>ORDER</u>

A. HEDGPETH,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

///

---

[1] Petitioner was granted an extension of time to file objections, but none have been filed. Petitioner did, however, file a request to file a reply brief, which is denied as untimely.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed March 27, 2008, are adopted in
5  full;
6  2. Respondent's motion to dismiss (Doc. 13) is granted;
7  3. This action is dismissed; and
8  4. The Clerk of the Court is directed to enter judgment of dismissal and close
9  this file.
10 DATED: May 19, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE