**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE CHARLES MILOSLAVICH, | No. CIV S-07-1315-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| A. HEDGPETH, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for reconsideration (Doc. 25).  Because a final judgment has been issued, the court construes petitioner's motion as a request for relief from judgment under Federal Rule of Civil Procedure 60(b).  In his motion, petitioner states that he did not receive the magistrate judge's March 27, 2008, findings and recommendations and, for this reason, was unable to file objections before a final judgment was issued.  A review of the docket belies petitioner's representation.  Specifically, on April 7, 2008, petitioner filed a motion for an extension of time to file objections to the findings and recommendations.  In that request, petitioner that he received the findings and recommendations on April 2, 2008, and correctly noted the 20-day objection period.

1

1 Accordingly, IT IS HEREBY ORDERED that petitioner's motion (Doc. 25) is
2 construed as a request for relief from judgment under Rule 60(b) and, so construed, is denied.
3 DATED: July 29, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE